NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ASHLEY FURNITURE INDUSTRIES, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

UNITED STATES INTERNATIONAL TRADE
COMMISSION,
*Defendant-Appellee,*

AND

AMERICAN FURNITURE MANUFACTURERS
COMMITTEE FOR LEGAL TRADE, KINCAID
FURNITURE CO., INC., L. & J.G. STICKLEY, INC.,
SANDBERG FURNITURE MANUFACTURING
COMPANY, INC., STANLEY FURNITURE
COMPANY, INC., T. COPELAND AND SONS, INC.,
AND VAUGHAN-BASSETT FURNITURE COMPANY,
INC.,
*Defendants-Appellees.*

2012-1196

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0323, Judge Timothy C. Stanceu.

---

# ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN OPERATIONS, INC.,
*Plaintiffs-Appellants,*

v.

# UNITED STATES AND UNITED STATES CUSTOMS AND BORDER PROTECTION,
*Defendants-Appellees,*

AND

# INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

# KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.
*Defendants-Appellees.*

2012-1200

Appeal from the United States Court of International Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

## ON MOTION

Before O'MALLEY, *Circuit Judge.*

### ORDER

We construe the United States' motions for extensions of time in the above-captioned appeals as motions to stay the briefing schedules pending this court's final disposition in *PS Chez Sidney L.L.C. v. United States International Trade Commission,* Nos. 2008-1526, -1527, -1534. Kincaid Furniture Co., Inc., et al. (Kincaid) request the same relief in *Ethan Allen Global Inc. v. United States,* No. 2012-1200. Appellants oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are denied.

(2) The government appellees in both captioned appeals and Kincaid shall file their response briefs within 14 days of the date of this order.

(3) All other pending motions by appellees for extensions of time are moot.

FOR THE COURT

**AUG 3 1 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
    Jeffrey S. Grimson, Esq.
    Patrick V. Gallagher, Esq.
    Jessica R. Toplin, Esq.
    Craig A. Lewis, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2012

JAN HORBALY
CLERK